1068

No. 86–1329. GULFSTREAM AEROSPACE CORP. *v.* MAYACAMAS CORP. C. A. 9th Cir. Certiorari granted.

No. 86–1552. DEPARTMENT OF THE NAVY *v.* EGAN. C. A. Fed. Cir. Certiorari granted.

No. 86–1602. UNITED SAVINGS ASSOCIATION OF TEXAS *v.* TIMBERS OF INWOOD FOREST ASSOCIATES, LTD. C. A. 5th Cir. Certiorari granted.

No. 86–1002. NEWELL ET UX. *v.* MARITIME ADMINISTRATION ET AL. C. A. 3d Cir. Certiorari denied.

No. 86–1099. GALANOS *v.* HOWARD, JUDGE, UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ALABAMA. C. A. 11th Cir. Certiorari denied.

No. 86–1201. VAHLSING CHRISTINA CORP. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 1st Cir. Certiorari denied.

No. 86–1206. WILLIAMS *v.* ARKANSAS. Sup. Ct. Ark. Certiorari denied.

No. 86–1234. CHICAGO, MILWAUKEE, ST. PAUL & PACIFIC RAILROAD CO. ET AL. *v.* UNITED STATES ET AL. C. A. 7th Cir. Certiorari denied.

No. 86–1247. SHENKER *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 8th Cir. Certiorari denied.

No. 86–1277. EASTERN CONNECTICUT CITIZENS ACTION GROUP, INC., ET AL. *v.* DOLE, SECRETARY OF TRANSPORTATION, ET AL. C. A. 2d Cir. Certiorari denied.

No. 86–1349. NATIONAL TREASURY EMPLOYEES UNION ET AL. *v.* REAGAN, PRESIDENT OF THE UNITED STATES, ET AL. C. A. Fed. Cir. Certiorari denied.